**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JACQUELINE SHARON RAE MINTY and SEAN THOMAS MINTY, as parents of S.R.M., <br><br> Plaintiffs, <br><br> v. <br><br> GRIMMWAY ENTERPRISES, INC., <br><br> Defendant. | CASE NO. 2:24-cv-01915-RSM <br><br> **STIPULATED MOTION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE** |

Pursuant to Local Civil Rules 10(g) and 16(b)(6), Plaintiffs Jacqueline Sharon Rae Minty and Sean Thomas Minty, as parents of S.R.M. ("Plaintiffs"), and Defendant Grimmway Enterprises, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), through undersigned counsel hereby STIPULATE and respectfully request that this Court continue the deadline for the Parties' Expert Witness Disclosures from May 6, 2026, to May 13, 2026, for good cause shown.

Plaintiffs filed this action November 11, 2024. (Dkt. #1). The Court entered its Scheduling Order on October 6, 2025, setting the trial date for November 2, 2026. (Dkt. #21). Since the filing of this matter, the Parties have worked diligently to move this matter forward. Declaration of William D. Marler in Support of Stipulated Motion ("Marler Decl.") ¶ 2. The Parties have each served extensive written discovery. *Id.* Plaintiffs have timely responded to Defendant's discovery requests and Defendant, in turn, is in the process of responding Plaintiffs' discovery requests. *Id.* ¶¶ 2–3. Additionally, the Parties are continuing to schedule and prepare for depositions of fact witnesses. *Id.* ¶ 3.

Despite this substantial discovery activity, the Parties require additional time to complete outstanding discovery and to permit their respective experts to review and analyze recently produced materials relevant to their opinions. Granting a brief extension will allow each party's expert to complete their analyses in a thorough and reliable manner which will promote the efficient presentation of expert testimony.

STIPULATED MOTION FOR
CONTINUANCE - 1
Case No. 2:24-cv-01915-RSM

Accordingly, and for good cause shown, the Parties jointly request a one-week extension of the deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2), from May 6, 2026, to May 13, 2026. No party has requested a continuance of any kind in this matter, and this modest extension will not affect the remaining case schedule or trial date and will not prejudice any party.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, by and through undersigned counsel, that:

1.) The deadline for the disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) shall be continued seven days from May 6, 2026, to May 13, 2026.

**IT IS SO STIPULATED.**

Dated:  April 21, 2026                    MARLER CLARK, INC. PS

                           By:    /s/ William D. Marler
                                  WILLIAM D. MARLER
                                  180 Olympic Drive SE
                                  Bainbridge Island, WA 98110
                                  Telephone: (206) 346-1888
                                  bmarler@marlerclark.com

Dated:  April 21, 2026                    WILSON ELSER MOSKOWITZ EDLMAN &
                                          DICKER

                                  /s/ Shara Shapland
                                  Sara Shapland
                                  Rachel Tallon Reynolds
                                  Daniel Tranen
                                  520 Pike Street
                                  Suite 2350
                                  Seattle, WA 98101

*\*\*This Stipulated Motion contains 564 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR
CONTINUANCE - 2
Case No. 2:24-cv-01915-RSM

**ORDER**

PURSUANT TO THE FOREGOING STIPULATED MOTION, IT IS SO ORDERED.

The Court GRANTS the Parties' Stipulated Motion to Continue Expert Witness Disclosure Deadline and ORDERS as follows:

1.) The deadline for the disclosure of expert witness testimony under Federal Rule of Civil Procedure 26(a)(2) shall be continued from May 6, 2026, to May 13, 2026.

IT IS SO ORDERED.

Dated this 21st day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR
CONTINUANCE - 3
Case No. 2:24-cv-01915-RSM