UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACQUELINE SHARON RAE MINTY AND
SEAN THOMAS MINTY, as parents of
S.R.M.,

          Plaintiff,

        v.

GRIMMWAY ENTERPRISES, INC.,

         Defendant.

CASE NO. C24-1915RSM

ORDER DENYING STIPULATED
MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on the parties' Stipulated Protective Order, Dkt. #25.

"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

The Court finds that the proposed protective order fails to conform to the above requirements. Under the section entitled Confidential Material, the Court's Model Protective Order instructs: "[t]he parties must include a list of specific documents such as 'company's

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The instant proposed protective order lists as confidential, *inter alia*:

- Grimmway's internal communications about its processes and procedures

- Grimmway's internal standard processes and operating procedures

- Grimmway's agricultrual [sic] procedures and policies

- Grimmway's food safety policies and procedures

- Grimmway's financial data

- Grimmway's customer data

- Grimmway's agricultural data

- Grimmway's testing and test results

- Grimmway's field assessments

Dkt. #25 at 2.

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties have not followed the Court's suggestion to list specific documents and instead include broad categories. Many of these are essentially the same as "sensitive business material," something that is specifically called out in the model order for being overly broad. Others are categories that clearly cover documents that are directly at issue in this case and that would likely be shown to the jury and the public at trial. There is no reason for the Court to believe that food safety policies, for example, would be the kind of "limited information or items that are entitled to confidential treatment." The parties submit no argument to justify a departure from the model protective order's guidelines. Accordingly, this Motion will be denied.

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #25, is DENIED.  The Court advises the parties to come up with a narrower list of confidential documents and to re-submit this motion.

DATED this 8th day of May, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 3