UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACQUELINE SHARON RAE MINTY AND
SEAN THOMAS MINTY, as parents of
S.R.M.,

          Plaintiff,

      v.

GRIMMWAY ENTERPRISES, INC.,

         Defendant.

CASE NO. C24-1915RSM

ORDER DENYING SECOND
STIPULATED MOTION FOR
PROTECTIVE ORDER

      This matter comes before the Court on the parties' second Stipulated Protective Order, Dkt. #29.  On May 8, 2026, the Court denied the parties' first stipulated Motion for Protective Order.  Dkt. #26.

      "The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal."  LCR 26(c)(2).

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

The parties have submitted a new proposed protective order with a lengthy list of specific potential documents that are to be labeled confidential. Under the section entitled Confidential Material, the Court's Model Protective Order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The instant proposed protective order lists as confidential, *inter alia*:

- Grimmway's internal communications about its processes and procedures

- Grimmway's internal standard processes and operating procedures

- Grimmway's internal standard processes and operating procedures, agricultural procedures/policies, and food safety policies and procedures

- Grimmway's financial data

- Grimmway's customer data

- Grimmway's agricultural data

- Grimmway's testing and test results

- Grimmway's field assessments

Dkt. #29 at 2–5. This list is nearly identical to the list that was rejected by the Court previously, *see* Dkt. #25 at 2, except now the parties add dozens of examples of potential documents. The Court appreciates the parties' extra effort to add a specific list of documents. Unfortunately, the parties ignored the other half of the Court's prior Order. In denying the parties' first attempt, the Court chided the parties for labelling as confidential "categories that clearly cover documents that are directly at issue in this case and that would likely be shown to the jury and the public at trial," and found that "[t]here is no reason for the Court to believe that food

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2

safety policies, for example, would be the kind of 'limited information or items that are entitled to confidential treatment.'" Dkt. #26 at 2.

The Court finds that the parties have impermissibly listed every possible document at issue in this case, including many that would be shown to the jury and the public at trial. This is not a case involving secret formulas or advanced technology. This is a case about carrots. It is not obvious to the Court why "Standard Operating Procedures (SOPs) for food safety" or "training policies" are listed by the parties. "Records of FDA inspections" and "state regulatory inspections" are in this list, although such are likely available to the public already. The inclusion of "field locations" and "warehouse locations," without further explanation, is inadequate. The list goes on. Accordingly, this Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #29, is DENIED. The Court advises the parties to come up with a narrower list of confidential documents and to re-submit this motion.

DATED this 22nd day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 3